1                                                CERTIFICATE OF MAILING

2 The undersigned deputy clerk of the United States Bankruptcy Court for the Northern District of

3 California hereby certifies that a copy of the attached document was mailed to all parties listed below

4 as required by the Bankruptcy Code and Rules of Bankruptcy Procedure.

6 Dated: August 6, 2007

*(signature)*
Dawn Passalacqua
Deputy Clerk

Jennifer Anne Newman
368 Park Place Dr.
Petaluma, CA 94954

Sue Hall
336 Denton Way
Santa Rosa, CA 95401

Daniel Bornstein, Esq.
275 Via Casitas
Greenbrae, CA 94904